UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELENA PALLESCHI,

              Plaintiff,

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

              Defendant.

Case No. CV 15-4204 JC

JUDGMENT

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: December 15, 2016

_____
/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE